ANNIE E. BOHLES *vs.* ALLEN C. BOLAND.

November 14, 1890.

Reference to Take Testimony—Failure to Object.—*Held*, that the record fails to show that the appellant did not consent to the order of reference now complained of.

Action brought in the district court for Crow Wing county, to enforce a lien for $220.89 for material furnished for a building. Defence, payment. Trial before *Stearns*, J., (acting for the judge of the 15th district,) on evidence taken before a referee. Judgment was ordered for defendant, and the plaintiff appealed.

*Wetherby, True & Warner,* for appellant.

*J. B. Douglas,* for respondent.

MITCHELL, J. Plaintiff seeks by this appeal to raise the point that the court had no power without her consent to order a reference of the case to take and report the evidence; but the record not only fails to show that she ever objected to the reference, but does show facts which, in the absence of previous express objection to the order, would amount to a consent to it on her part. It shows that she appeared before the referee, and introduced her evidence, also that the cause was submitted to the court for decision upon the evidence taken and reported by the referee, all without objection, so far as appears, on part of plaintiff. The certificate of the clerk of the court, assuming it to be a part of the settled case and competent proof of the facts therein stated, amounts to nothing more than that the records and files in his office do not show that "any agreement of reference" or "consent of reference" was ever made. So far as appears from the return, the objection to the reference was first made by plaintiff on motion for a new trial, after the case had been tried and submitted, and decided against her. This was too late.

The evidence abundantly supports the findings of fact.

Order affirmed.